AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Amon, Carol B. | U.S. District Court, E.D.N.Y. | 07/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Room 908S
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed attorney - law partnership distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University School of Law | March 16 - 17, 2017 | Malibu, California | Lecturer | Transportation, lodging and food |
| 2. | Federal Bar Council | October 20 - 22, 2017 | New Paltz, New York | Lecturer | Transportation, lodging and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Connor Inn of Court | Dinner - January 18, 2017 | $400.00 |
| 2. | Federal Bar Council | Dinner - May 9, 2017 | $500.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Passumpic Bank | Mortgage of rental property - Newport, VT - No rental income generated in 2017 | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | RA Accts Citibank, B'klyn, NY FidelityAd.DynamicCapAppFud | B | Dividend | K | T | | | | | |
| 2. | Law Partnership, Cap Acct. | | None | M | T | | | | | |
| 3. | Thomas G. Amon Pension Plan | A | Interest | J | T | | | | | |
| 4. | Thomas G. Amon PrfShr Plan | A | Interest | J | T | | | | | |
| 5. | Citibank N.A., Money Market | B | Interest | M | T | | | | | |
| 6. | Invesco/Midcap Growth | A | Dividend | K | T | | | | | |
| 7. | Fidelity Ad. Equity Growth | A | Dividend | K | T | | | | | |
| 8. | Fidelty Ad. Tech Fund | A | Dividend | J | T | | | | | |
| 9. | MFS Moderate Allocation | B | Dividend | M | T | | | | | |
| 10. | Chase Select Checking | A | Interest | J | T | | | | | |
| 11. | Encore Networks, Inc. (See VIII) | | None | M | T | | | | | |
| 12. | Rental Property, Brooklyn, NY | D | Rent | P1 | R | | | | | |
| 13. | AXA Equitable Variable Life Policy (See VIII) | B | Interest | J | T | | | | | |
| 14. | Aim Technology | A | Dividend | J | T | | | | | |
| 15. | Sonic Mountain, Inc. | | None | K | U | | | | | |
| 16. | Citibank CD | A | Interest | J | T | | | | | |
| 17. | Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Spoleto Corp. (See VIII) | C | Interest | N | T | | | | | |
| 19. Pimco Total Return Fund (Bonds) | C | Interest | M | T | | | | | |
| 20. Franklin Rising Dividends FD Class A | A | Dividend | L | T | | | | | |
| 21. Walnut Street Finance, LLC | B | Interest | M | T | | | | | |
| 22. Military Talent Group, Inc. | | None | P1 | T | | | | | |
| 23. Airborne Wireless Network | | None | L | T | Buy | 01/12/17 | K | | |
| 24. JP Morgan Chase Brokerage Account # 1 Header (See VIII) | | | | | | | | | |
| 25. -Altria Group Inc | | | | | Sold (part) | 01/31/17 | J | B | |
| 26. -Altria Group Inc | A | Dividend | | | Sold | 05/23/17 | J | B | |
| 27. -Exxon | | | | | Sold (part) | 01/03/17 | J | A | |
| 28. -Exxon | A | Dividend | | | Sold | 05/10/17 | J | A | |
| 29. -CMS Energy | | | | | Sold (part) | 01/03/17 | J | A | |
| 30. -CMS Energy | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 31. -MetLife | | | | | Sold (part) | 01/03/17 | J | A | |
| 32. -MetLife | A | Dividend | | T | Sold | 03/02/17 | J | A | |
| 33. -Xcel Energy | | | | | Sold (part) | 01/03/17 | J | A | |
| 34. -Xcel Energy | A | Dividend | | | Sold | 05/20/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -VF Corp. | | | | | Sold (part) | 01/03/17 | J | A | |
| 36. -VF Corp. | A | Dividend | | | Sold | 05/16/17 | J | A | |
| 37. -ACE Ltd. | A | Dividend | J | T | | | | | |
| 38. -Kimberly Clark Corp. | | | | | Sold (part) | 01/03/17 | J | A | |
| 39. -Kimberly Clark Corp. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 40. 3M Co. | | | | | Sold (part) | 01/03/17 | J | A | |
| 41. -3M Co. | A | Dividend | | | Sold | 05/23/17 | J | A | |
| 42. -Arthur Gallagher Co. | | | | | Sold (part) | 01/03/17 | J | A | |
| 43. -Arthur Gallagher Co. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 44. -Gilead Sciences Inc | | | | | Sold (part) | 01/03/17 | J | A | |
| 45. -Gilead Sciences Inc | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 46. -Chevron | | | | | Buy | 02/17/17 | J | | |
| 47. -Automatic Data | | | | | Sold (part) | 05/20/17 | J | A | |
| 48. -Automatic Data | A | Dividend | | | Sold | 05/20/17 | J | A | |
| 49. -Bank of America Corp | | | | | Sold (part) | 01/03/17 | J | A | |
| 50. -Bank of America Corp | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 51. -Chevron Corp. | | | | | Sold (part) | 01/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Chevron Corp. | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 53. -Cincinnati Financial Corp. | | | | | Sold (part) | 01/03/17 | J | A | |
| 54. -Cincinnati Financial Corp. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 55. -Cinemark Holdings Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 56. -Cinemark Holdings Inc. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 57. -CME Group, Inc. | A | Dividend | J | T | Sold (part) | 01/23/17 | J | B | |
| 58. -CME Group, Inc. | | | | | Buy | 05/03/17 | J | | |
| 59. -US Bancorp | | | | | Buy | 05/03/17 | J | | |
| 60. -Coca-Cola Co. | | | | | Sold (part) | 01/03/17 | J | A | |
| 61. -Coca-Cola Co. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 62. -Conoco Phillips | | | | | Sold (part) | 01/03/17 | J | A | |
| 63. -Conoco Phillips | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 64. -Cullen Frost | | | | | Sold (part) | 01/03/17 | J | A | |
| 65. -Cullen Frost | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 66. -Home Depot, Inc. | | | | | Buy | 01/03/17 | J | | |
| 67. -Home Depot, Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 68. -Home Depot, Inc. | A | Dividend | | | Sold | 05/26/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -KLA-Tencor Corp. | | | | | Sold (part) | 01/03/17 | J | A | |
| 70. -KLA-Tencor Corp. | A | Distribution | | | Sold | 05/26/17 | J | A | |
| 71. -L Brands Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 72. -L Brands Inc. | A | Distribution | | | Sold | 04/05/17 | J | A | |
| 73. -M&T Bank Corp. | | | | | Sold (part) | 01/03/17 | J | A | |
| 74. -M&T Bank Corp. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 75. -Merck & Co. Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 76. -Merck & Co. Inc. | | | | | Buy | 05/03/17 | J | A | |
| 77. -Merck & Co. Inc. | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 78. -Microsoft Corp. | | | | | Sold (part) | 01/03/17 | J | A | |
| 79. -Microsoft Corp. | | | | | Buy | 01/03/17 | J | | |
| 80. -Microsoft Corp. | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 81. -Mondelez Int'l | | | | | Sold (part) | 01/03/17 | J | A | |
| 82. -Mondelez Int'l | A | Dividend | | | Sold | 05/04/17 | J | A | |
| 83. -Nisource Services Inc. (previously Nsource) | | | | | Sold (part) | 01/03/17 | J | A | |
| 84. -Nisource Services Inc. (previously Nsource) | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 85. -Pfizer Inc. | | | | | Buy | 01/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Pfizer Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 87. -Pfizer Inc. | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 88. -PPG Industries, Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 89. -PPG Industries, Inc. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 90. -Proctor & Gamble Co. | | | | | Sold (part) | 01/03/17 | J | A | |
| 91. -Proctor & Gamble Co. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 92. -Republic Services Inc. | A | Dividend | | | | | | | |
| 93. -Snap On | | | | | Sold (part) | 01/03/17 | J | A | |
| 94. -Snap On | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 95. -T. Rowe Price Group Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 96. -T. Rowe Price Group Inc. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 97. -The Travelers Companies Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 98. -The Travelers Companies Inc. | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 99. -Time Warner Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 100. -Time Warner Inc. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 101. -Validus Holdings Ltd. | | | | | Sold (part) | 01/03/17 | J | A | |
| 102. -Validus Holdings Ltd. | A | Dividend | | | Sold | 05/26/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Verizon Communications | | | | | Sold (part) | 01/03/17 | | A | |
| 104.  -Verizon Communications | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 105.  -Wells Fargo & Co. | | | | | Sold (part) | 01/03/17 | J | A | |
| 106.  -Wells Fargo & Co. | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 107.  -Texas Instruments | | | | | Sold (part) | 01/03/17 | J | A | |
| 108.  -Texas Instruments | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 109.  -Johnson & Johnson | | | | | Sold (part) | 01/03/17 | J | A | |
| 110.  -Johnson & Johnson | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 111.  -Abbvie, Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 112.  -Abbvie, Inc. | A | Dividend | | | Sold | 05/23/17 | J | A | |
| 113.  -Fidelity Nat'l Information | | | | | Sold (part) | 01/03/17 | J | A | |
| 114.  -Fidelity Nat'l Information | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 115.  -Occidental Petroleum | | | | | Sold (part) | 01/03/17 | J | A | |
| 116.  -Occidental Petroleum | A | Dividend | | | Sold | 05/12/17 | J | A | |
| 117.  -Edison Int'l | | | | | Sold (part) | 01/03/17 | J | A | |
| 118.  -Edison Int'l | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 119.  -PNC Services Inc. | | | | | Buy | 03/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -PNC Fin. Services Inc. | | | | | Buy | 01/03/17 | J | | |
| 121. -PNC Fin. Services Inc. | | | | | Sold (part) | 01/03/17 | J | A | |
| 122. -PNC Fin. Services Inc. | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 123. -Bristol Meyers Squibb | | | | | Sold (part) | 01/03/17 | J | A | |
| 124. -Bristol Meyers Squibb | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 125. -Illinois Tool Works | | | | | Sold (part) | 01/03/17 | J | A | |
| 126. -Illinois Tool Works | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 127. -DTE Energy Co. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 128. -Accenture PLC | | | | | Sold (part) | 01/03/17 | J | A | |
| 129. -Accenture PLC | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 130. -Analog Devices | | | | | Sold (part) | 01/03/17 | J | A | |
| 131. -Analog Devices | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 132. -BB&T Corp. | | | | | Sold (part) | 01/03/17 | J | A | |
| 133. -BB&T Corp. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 134. -Northern Trust Corp. | | | | | Sold (part) | 01/03/17 | J | A | |
| 135. -Northern Trust Corp. | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 136. -US Bancorp Del. | | | | | Sold (part) | 01/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -US Bancorp Del. | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 138. -Comcast Corporation | | | | | Sold (part) | 01/03/17 | J | A | |
| 139. -Comcast Corporation | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 140. -Dr. Pepper Snapple Group | | | | | Sold (part) | 01/03/17 | J | A | |
| 141. -Dr. Pepper Snapple Group | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 142. -Honeywell Int'l | | | | | Sold (part) | 01/03/17 | J | A | |
| 143. -Honeywell Int'l | A | Dividend | | | Sold | 05/26/17 | J | B | |
| 144. -Eli Lilly | | | | | Sold (part) | 01/03/17 | J | A | |
| 145. -Eli Lilly | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 146. JP Morgan Chase Brokerage Account # 2 Header (See VIII) (TGA) | | | | | | | | | |
| 147. -United Overseas Bank Ltd | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 148. -Vermilion Energy Inc | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 149. -Astrazeneca | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 150. -Roche Holdings | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 151. -Smiths Group PLC | A | Dividend | J | T | | | | | |
| 152. -BHP Ltd | A | Dividend | J | T | | | | | |
| 153. -BNP Paribas | A | Dividend | J | T | Sold (part) | 03/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -BOCHong Kong Holdings | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 155. -British American Tobacco | A | Distribution | J | T | Sold (part) | 12/14/17 | J | A | |
| 156. -CNOOC Ltd | A | Dividend | J | T | Sold | 06/05/17 | J | A | |
| 157. -Deutsche Telecom | A | Dividend | J | T | | | | | |
| 158. -Diageo PLC - Sponsored ADR | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 159. -Engie | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 160. -Glaxo Smith Kline | A | Dividend | J | T | Buy | 08/11/17 | J | | |
| 161. - Glaxo Smith Kline | A | Dividend | J | T | Sold (part) | 12/05/17 | J | A | |
| 162. -Imperial Brands PLC | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 163. -ING Groep NV - Sponsored | | None | | | Sold (part) | 12/14/17 | J | | |
| 164. -Japan Tobacco | A | Dividend | J | T | Sold (part) | 12/14/17 | J | | |
| 165. -JPM Tax Free | A | Dividend | J | T | | | | | |
| 166. -Nestles SA | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 167. -Nippon Tel. | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 168. -Novartis | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 169. -Orkla ASA | A | Dividend | J | T | Sold (part) | 12/05/17 | J | A | |
| 170. -Prosiebensat 1 Media SE | A | Dividend | J | T | Sold | 12/05/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Royal Dutch Shell PLC | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 172. -Royal Dutch Shell PLC | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 173. -Siemans Ag. | A | Dividend | J | T | | | | | |
| 174. -Singapore Telecom | A | Dividend | J | T | | | | | |
| 175. -Sonic Healthcare Ltd | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 176. -SSE PLC (See VIII) | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 177. -Statoil ASA | A | Dividend | J | T | | | | | |
| 178. -Telefonica Brasil SA | | None | | | | | | | |
| 179. -PT Telekomunikasi Ind | A | Dividend | J | T | | | | | |
| 180. -Total SA | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 181. -Unilever NV | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 182. -Vodafone Group, PLC | A | Dividend | J | T | Buy | 05/12/17 | J | A | |
| 183. -Vodafone Group, PLC | A | Dividend | J | T | Sold (part) | 04/17/17 | J | A | |
| 184. -Zurich Insurance Group | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 185. -Honda Motors | A | Dividend | J | T | | | | | |
| 186. -UBS Group | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 187. -BCE Inc. | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -BAE Systems | A | Dividend | J | T | Sold (part) | 12/16/17 | J | A | |
| 189. -ABB Ltd | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 190. -Manulife Financial Corp. | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 191. -MMC Norilsk Nickel PJSC | | None | J | T | | | | | |
| 192. JP Morgan Chase Brokerage Account # 3 Header (CBA) | | | | | | | | | |
| 193. -Advanced Semiconductor | A | Dividend | J | T | Buy | 12/06/17 | J | | |
| 194. -Smurfit Karpa Group | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 195. -Smurfit Karpa Group | | | | | Buy | 08/10/17 | J | | |
| 196. -Smurfit Karpa Group | | | | | Sold (part) | 12/14/17 | J | A | |
| 197. -NN Group NV | | | | | Buy | 07/20/17 | J | | |
| 198. -NN Group NV | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 199. -NN Group NV | | | | | Buy | 12/04/17 | J | | |
| 200. -Muenchener | A | Dividend | J | T | Sold (part) | 12/14/17 | J | A | |
| 201. -Muenchener | A | Dividend | J | T | Buy | 07/20/17 | J | | |
| 202. -Allianz SE | A | Dividend | J | T | Buy | 12/04/17 | J | | |
| 203. -Daimler AG | A | Dividend | J | T | Buy | 12/04/17 | J | | |
| 204. -Daimler AG | | | | | Sold (part) | 12/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Michelin Co. | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 206. JP Morgan Advisory (See VII) Account (CBA) # 4 | C | Dividend | N | T | | | | | |
| 207. -Invesco Asia Pacific Growth | A | Dividend | J | T | | | | | |
| 208. -IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 209. -IShares New York Muni Bond | A | Dividend | J | T | | | | | |
| 210. -IShares IBOXX $ High Yield Corporate Bond ETF | A | Dividend | J | T | | | | | |
| 211. -IShares Select Dividend ETF | A | Dividend | J | T | | | | | |
| 212. -Lord Abbett Short Duration Income Fund | A | Dividend | J | T | | | | | |
| 213. -Pimco High Yield Fund Instl Cl | A | Dividend | J | T | | | | | |
| 214. -Vanguard S&P 500 ETF | A | Dividend | J | T | | | | | |
| 215. -Vanguard Total Bond Market ETF | A | Dividend | J | T | | | | | |
| 216. -Powershares QQQ Trust Series 1 | A | Dividend | J | T | | | | | |
| 217. -Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | | | | | |
| 218. -JP Morgan Deposit Acct A | A | Interest | J | T | | | | | |
| 219. -Double Line FDS TR | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Amon, Carol B. | 07/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII

Item 11 - Market value of vested options lees exercise on 12/31/17.

Item 13. AXA Equitable Variable Life Insurance Policy - Incentive Legacy III.

Item 18 - Asset Management/Consulting Company.

Item 24 - Managed Asset Account of Spoleto Corp.

Item 146 - Managed Asset Account. - (TGA)

Item 192 - Managed Asset Account - (JPMorgan Securities) (CBA)

Item 206 - Advisory Account - (JPMorgan Securities) (CBA)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol B. Amon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544